# United States Court of Appeals for the Federal Circuit

---

September 21, 2010

**ERRATA**

---

Appeal No. 2010-1045

**FUJITSU LIMITED,**
and
**LG ELECTRONICS, INC. and U.S. PHILIPS CORPORATION,**
v.
**NETGEAR, INC.,**

Decided: September 20, 2010
Precedential Opinion

---

Please make the following corrections:

Page 3, line 3, replace "4,974,953" with --4,975,952--,

Page 6, line 22, replace "WMM Specification" with --802.11 Standard--.